**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **HAYATA BOND,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. **3:15-cv-00579-SMY-PMF** |
| | ) |
| **ROBERT HERTZ,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**REPORT AND RECOMMENDATION**

**FRAZIER, Magistrate Judge:**

This case comes before the Court for case management purposes. The record demonstrates that the *pro se* Plaintiff Hayata Bond has failed to keep an updated mailing address on file with the Court (*see* doc. 22) despite the Court's warning that this case would be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure if he failed to comply with this obligation (*see*, *e.g*., docs. 7, 19). Furthermore, The Defendants state that the Plaintiff has not responded to discovery requests and they seek dismissal for lack of prosecution. As such, the Court has issued an order to show cause as to why this case should not be dismissed for failure to prosecute. *See* Doc. 21. Plaintiff did not respond to the order to show cause. It appears that Plaintiff has lost interest or is otherwise refusing to prosecute this civil case. As other sanctions would have little effect under these circumstances, it is recommended that the Defendant's motion to dismiss for lack of prosecution (Doc. 20) be granted case and this case be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Defendants' prior motion (Doc. 18) should then be denied as moot.

SO RECOMMENDED.
DATED: <u>April 15, 2016</u>.

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**